IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLTON V. MOSLEY,

       Plaintiff,                    No. 2:13-cv-0270 KJN P

    vs.

NANGALAMA, et al.,

       Defendants.              <u>ORDER</u>

          Plaintiff, a state prisoner, is proceeding without counsel or "pro se" with a civil rights action pursuant to 42 U.S.C. § 1983.

          By order filed March 11, 2013, this court directed plaintiff to complete and return to the court, within thirty days, two USM-285 forms and three copies of his complaint. (<u>See</u> Dkt. No. 6.) These documents are required to effect service on the two defendants (Nangalama and Linggi) for whom the court found potentially cognizable claims. (<u>Id.</u>) On April 5, 2013, plaintiff submitted several USM-285 forms and copies of his complaint; plaintiff included information on the USM-285 forms for defendants who have not been authorized for service, and failed to provide the proper information for defendants Nangalama and Linggi.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff two blank USM-285 forms.

2. Within thirty days after service of this order, plaintiff shall submit to the court the proper and completed USM-285 forms required to effect service on defendants Nangalama and Linggi.  (Plaintiff has already submitted sufficient copies of his complaint.)

3. Failure of plaintiff to return the two properly completed USM-285 forms within the specified time period will result in a recommendation that this action be dismissed.

DATED:  April 16, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mosl0270.8f