UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON V. MOSLEY, | No. 2:13-cv-00270-KJN P |
| Plaintiff, | |
| v. | ORDER |
| ANDREW NANGALAMA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner at California State Prison-Sacramento, proceeds in forma pauperis and without counsel in this civil rights action filed pursuant to 42 U.S.C. §1983. Plaintiff requests that the court send him two blank forms for issuing civil subpoenas. Plaintiff's request is granted. Plaintiff is informed that such subpoenas must be personally served or they are null and void. Fed. R. Civ. P. 45(b); Gillam v. A. Shyman, Inc., 22 F.R.D. 475 (D. Alaska 1958). Plaintiff's in forma pauperis status authorizes personal service of subpoenas duces tecum by the U.S. Marshall, upon proper request made to the court.

Accordingly, the Clerk of Court is HEREBY DIRECTED to send plaintiff two (2) blank forms used in this district to issue a subpoena in a civil case (Form OAO88).

Dated: April 1, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mosl.0270.sdt.forms

1