UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON V. MOSLEY, | No. 2:13-cv-00270-KJN P |
| Plaintiff, | |
| v. | ORDER |
| ANDREW NANGALAMA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding in forma pauperis and without counsel in this civil rights action, requests that the court order defendants to provide plaintiff with the transcript of his January 30, 2014 deposition, for purposes of his review pursuant to Rule 30(e), Federal Rules of Civil Procedure.

The court initially notes that it is without authority to provide plaintiff with a free copy of his deposition transcript. Although plaintiff was granted leave to proceed in forma pauperis in this case, it is well established that "'the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress.'" Tedder v. Odel, 890 F.2d 210, 211 (9th Cir. 1989) (quoting United States v. MacCollom, 426 U.S. 317, 321 (1976)). The expenditure of public funds for deposition transcripts is not authorized by the in forma pauperis statute or any other statute. See 28 U.S.C. § 1915.

////

1

1    Regarding plaintiff's request to review his deposition transcript, Rule 30(e)(1) provides in
2 pertinent part:  "On request by the deponent . . . before the deposition is completed, the deponent
3 must be allowed 30 days after being notified by the officer that the transcript . . . is available in
4 which:  (A) to review the transcript. . . .; and (B) if there are changes in form or substance, to sign
5 a statement listing the changes and the reasons for making them."
6    Plaintiff does not state whether he requested, before the completion of his deposition, to
7 review the resulting transcript.  Defendants will be directed to inform the court whether such
8 request is contained in the transcript of plaintiff's deposition.
9    Accordingly, IT IS HEREBY ORDERED that:
10   1. Within seven (7) days after the filing date of this order, defendants shall file and serve
11 a statement informing the court whether plaintiff requested, during the course of his January 30,
12 2014 deposition, to review the resulting deposition transcript.
13   2. Plaintiff may, within seven (7) days after service of defendant's statement, file a reply.
14 Dated:  April 21, 2014

16 /mosl.0270.transcript.rev.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2