UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLTON V. MOSLEY,** | No. 2:13-cv-00270 KJN P |
| **Plaintiff,** | |
| v. | |
| **ANDREW NANGALAMA, et al.,** | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| **Defendants.** | |

   **Inmate Carlton Mosley, CDCR # F-52955,** a necessary and material witness in a settlement conference in this case on June 11, 2014, is confined in **California State Prison-Sacramento, P.O. Box 290002, Represa, California 95671, in the custody of the Warden**. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue **commanding the custodian to produce the inmate in person before Magistrate Judge Dale A. Drozd, United States District Court, Eastern District of California, 501 I Street, Sacramento, California 95814, on Wednesday, June 11, 2014, at 10:00 a.m., in Courtroom No. 27.**

   ACCORDINGLY, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place noted above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison- Sacramento, P.O. Box 290002, Represa, California 95671.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California State Prison-Sacramento, P.O. Box 290002, Represa, CA 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Drozd at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
**SO ORDERED.**

**Dated:  May 9, 2014**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

//mosl0270.841