UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON V. MOSLEY,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW NANGALAMA, et al.,<br><br>Defendants. | No. 2:13-cv-00270-KJN P<br><br><br><br>ORDER |

For good cause shown, defendants' motion (ECF No. 58), to extend the deadline for filing dispositive motions in this action, is HEREBY GRANTED.  In light of the settlement conference scheduled in this action for June 11, 2014, the dispositive motion deadline is extended to Friday, September 19, 2014.

SO ORDERED.

Dated:  May 19, 2014

/mosl.0270.Sched.Amd.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1