UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON V. MOSLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW NANGALAMA, et al.,<br><br>　　　　　Defendants. | No.  2: 13-cv-0270 KJN P<br><br><br>ORDER |

　　　On June 11, 2014, a settlement conference was held before the Honorable Magistrate Judge Dale A. Drozd.  Magistrate Judge Drozd ordered the parties to file a notice of dismissal within thirty days.  Thirty days passed and neither party has communicated with the court.

　　　Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, the parties shall file the statement of dismissal; if the parties are unable to file this statement, they shall notify the court within that time.

Dated: July 23, 2014

Mos270.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE